**Opinion issued December 19, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00904-CV**

———————————

**IN RE ADELAIDE VIVIAN LEBLANC, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Adelaide Vivian Leblanc, filed a petition for writ of mandamus challenging "three separate temporary orders rendered in connection with each other" by the trial court, including a: (1) June 14, 2024 "Default Order Denying [Relator's] Special Appearance, Plea to the Jurisdiction, Request for the Court to Decline Jurisdiction, and Alternative Motion for Stay of Proceedings Pending [Uniform Child Custody Jurisdiction and Enforcement Act (the "UCCJEA")] Conference"; (2) October 11, 2024 "Temporary Orders in Suit Affecting the

Parent-Child Relationship"; and (3) November 1, 2024 "Order on [Real Party in Interest's] Request for Attorney's Fees."[1] Relator requested that this Court "find the Texas trial court clearly abused [its] discretion [by] denying the plea to the jurisdiction" and by "awarding interim attorney's fees and expenses to [real party in interest] in connection with responding to [relator's] jurisdictional challenges." The mandamus petition further requested that the Court "render the trial court's temporary orders as void for lack of subject matter jurisdiction, in order to allow the home state of North Carolina to exercise its home state jurisdiction in conformity with the UCCJEA."

In connection with her mandamus petition, relator also filed a "Motion for Emergency Temporary Relief and for Expedited Consideration." In her motion, relator requested that the Court stay enforcement of the trial court's October 11, 2024 temporary orders and "any future proceedings relating" to the underlying trial court proceedings pending this Court's consideration of her petition for writ of mandamus.

We conclude that relator has failed to establish she is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus and her "Motion for Emergency Temporary Relief and for Expedited Consideration." We dismiss any other pending motions as moot.

---

[1] The underlying case is *In the Interest of A.R.T. and Unborn Child, Children*, Cause No. 2024-18697, in the 257th District Court of Harris County, Texas, the Honorable Sandra Peake presiding. The real party in interest is Walter Edward Thomas, II.

# PER CURIAM

Panel consists of Justices Kelly, Hightower, and Guerra.